IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick Lee Ray,<br><br>      Petitioner,<br><br>vs.<br><br>Lane Blair and Terry Goddard,<br><br>      Respondents. | )<br>)<br>) CIV 05-2718-PHX-EHC (VAM)<br>)<br>) **O R D E R**<br>)<br>)<br>)<br>)<br>) |

On September 6, 2005, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1) with attachments. An Answer/Response with Exhibits was filed December 12, 2005. (Dkt. 11). On February 6, 2006, Petitioner filed a Reply. (Dkt. 17). Magistrate Judge Virginia A. Mathis issued a forty-one page Report and Recommendation May 8, 2006. (Dkt. 21). Petitioner filed a " Response and Objections to Magistrates Report and Recommendation" May 22, 2006. (Dkt. 22).

## **STANDARD OF REVIEW**

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

## DISCUSSION

The Court having reviewed the record de novo, including the Objections filed by Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** denying Respondent's Objections to the Report and Recommendation. (Dkt. 22).

**IT IS FURTHER ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Dkt. 21).

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus. (Dkt. 1).

DATED this 19th day of September, 2006.

_____
Earl H. Carroll
United States District Judge